IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
          v.                )   Criminal No. 00-80
                            )
TERRELL LAMONT ALLEN        )
                            )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this ___9th___ day of ___July___, 2008, pursuant to the February 11, 2008, Administrative Order relating to the appointment of counsel in crack amendment retroactivity cases, IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1450 Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the above-named individual in all matters pertaining to this action.

PRIMARY COUNSEL:    Michael J. Novara

                    PA Attorney ID # 66434

                    _____
                    Donetta W. Ambrose
                    United States Chief District Judge